UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLYDE ADAM COURTNEY                          CIVIL ACTION

VERSUS                                       NUMBER: 10-01622

OTIS TAYLOR                                  SECTION: "N"(5)

### ORDER

The Court, having considered the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute pursuant to Rule 41(b), Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 4th day of January, 2011.

UNITED STATES DISTRICT JUDGE